UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

BRABRANDA WALLS,

    Appellant,

v.                                                                            No13-1087

WELLS FARGO BANK,

    Appellee

MOTIOR FOR ORDER  GRANTING PERMISSION TO FILE ONE DAY OUT OF TIME INFORMAL APPELLANT'S BRIEF

Counsel for Appellant, motion the court for leave to file one day out of time Informal Appellant's Brief.

The filing deadline was February 11, 2013. Counsel experience un-resolvable difficulties with his computer in attempting to transmit the Informal Brief to the Court through the Court's electronic filing system from 10 P.M. until after Midnight on February 11, 2013.  The difficulties prevented the transmission of the already timely prepared Informal Brief.

          \_\_\_\_\_ Harry T. Spikes, Sr.
           Attorney for Appellant
           P.O. Box 23828
           L'Enfant Plaza S.W.
           Washington, DC 20026
           1703 New Jersey Avenue N.W.
           Washington, DC 20001
           (202) 288-4175 (f) 248-6865
           Email: harrytspikes@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2013, I served a true copy of the Informal Brief and motion for leave to file an out of time Brief , upon Kutak Rock LLP Loc Pfeiffer. VS. No. 39632 Alison W. Feehan, VSB No. 35225 1111 East Main Street, Suite 800 Richmond , Va 23219: Loc.Pfeiffer@KutakRock.com   Alison. Feehan@KuakRock.com  Counsel for Wells FargoAppellee. By regular mail- email and through the courts electronic filing system.

Signature of : *Harry T. Spikes, Sr.*

Harry T. Spikes, Sr. #02493