FILED: August 14, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1087 (L)
(1:12-cv-00664-LMB-IDD)

_____

WELLS FARGO BANK, N.A.

      Plaintiff - Appellee

v.

BARBRANDA WALLS

      Defendant - Appellant

_____

O R D E R

_____

Upon review of the submissions relative to the motion for leave to file corrected opening brief one day out of time and permission to file attachments to the corrected opening brief, the court denies the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk