FILED:  August 14, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1087 (L)
(1:12-cv-00664-LMB-IDD)

_____

WELLS FARGO BANK, N.A.

        Plaintiff - Appellee

v.

BARBRANDA WALLS

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion for extension of
time to file corrected opening brief and request to consolidate Case No. 13-1087(L)
and Case No. 13-1926,  the court denies the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk