FILED: August 15, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1087 (L)
(1:12-cv-00664-LMB-IDD)
_____

WELLS FARGO BANK, N.A.,

    Plaintiff – Appellee,

  v.

BARBRANDA WALLS,

    Defendant – Appellant.

_____

No. 13-1365
(1:12-cv-00664-LMB-IDD)
_____

WELLS FARGO BANK NATIONAL ASSOCIATION,

    Plaintiff – Appellee,

  v.

BARBRANDA WALLS,

    Defendant – Appellant.

_____

## REVISED ORDER
_____

The court revises the order previously issued on August 14, 2013 to clarify that the motion to consolidate the cases is denied, but the corrected brief filed on August 8, 2013 is accepted for filing. The motion for reconsideration and the amended motion for reconsideration filed today are administratively terminated as moot.

                                                        For the Court--By Direction

                                                        <u>/s/ Patricia S. Connor, Clerk</u>